**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **VOLKSWAGEN AG, et al.,**          )<br>    **Plaintiffs,**                               )<br>                                                        )<br>            **v.**                                       )         Case No. 1:17cv1413<br>                                                        )<br>**HONGYUNDANGTOU69,**              )<br>    **Defendant.**                            )<br>                                                        )| |

### FINAL JUDGMENT

Pursuant to the Court's Order adopting the Magistrate Judge's Report and Recommendation and granting plaintiffs' motion for default judgment,

It is hereby **ORDERED** that judgment is entered on behalf of plaintiffs Volkswagen AG and Audi AG against defendant Hongyundangtou69 in the amount of $2,000,000.00.

It is further **ORDERED** that post judgment interest shall accrue at the rate provided by 28 U.S.C. § 1961(a).

It is further **ORDERED** that defendant Hongyundangtou69 is permanently enjoined from making, using, selling or offering for sale any products that infringe the Volkswagen and Audi trademarks at issue in this litigation.

It is further **ORDERED** that third-party PayPal, Inc. shall transfer any monies currently restrained in the above defendant's financial accounts to plaintiffs as partial satisfaction of this judgment.

The Clerk shall provide a copy of this judgment to all counsel of record, and plaintiffs shall be responsible for emailing this judgment to the defendant.

Alexandria, Virginia
August 30, 2018

/s/
T. S. Ellis, III
United States District Judge